E-FILED
Friday, 19 July, 2013  03:37:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CITY OF PITTSFIELD, ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-03210 SEM-BGC |
| ) | |
| AMERICAN WATER ENTERPRISES, INC. ) | |
| and ENVIRONMENTAL MANAGEMENT ) | |
| CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CLAIM**

COME NOW Defendants American Water Enterprises, Inc. ("AWE") and Environmental Management Corporation ("EMC") (collectively, "Defendants"), by and through their undersigned counsel, Thompson Coburn LLP, pursuant to Fed. R. Civ. P. 12(b)(6), and hereby move this Court for dismissal of Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

The Complaint alleges a single cause of action against Defendants for breach of a contract between Plaintiff and EMC (the "Contract"). Plaintiff's Complaint should be dismissed as to AWE because AWE is not a party to the Contract and owed no duty to Plaintiff under the Contract. Plaintiff's Complaint should additionally be dismissed as to both Defendants because Plaintiff has failed to allege any breach of the Contract, and additionally, Plaintiff has failed to allege that it complied with all of its obligations under the Contract.

5771124.1

In further support of this Motion, Defendants submit contemporaneously herewith their Memorandum in Support of Motion to Dismiss for Failure to State a Claim, which is incorporated by reference.

WHEREFORE, for all of the foregoing reasons, and for the reasons set forth in Defendants' Memorandum in Support of Motion to Dismiss for Failure to State a Claim, Defendants respectfully request that the Court dismiss Plaintiff's Complaint with prejudice, award Defendants their costs incurred herein, and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ Carl J. Pesce*
   Carl J. Pesce, IL – 06203252
   One US Bank Plaza
   St. Louis, Missouri  63101
   314-552-6000
   FAX 314-552-7000
   cpesce@thompsoncoburn.com

Attorney for Defendants,
American Water Enterprises, Inc. and
Environmental Management Corporation

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael J. Hollahan
Hollahan Law Office
Attorneys at Law
109 E. Washington St.
Pittsfield, IL 62363
mike@hollahanlaw.com

           */s/ Carl J. Pesce*