IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CITY OF PITTSFIELD, ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:13-cv-03210  SEM-BGC |
| | ) | |
| AMERICAN WATER ENTERPRISES, INC. | ) | |
| and ENVIRONMENTAL MANAGEMENT | ) | |
| CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, City of Pittsfield, Illinois, by its attorneys, John M. Myers and Michael J. Hollahan, move the Court for a fourteen day extension of time in which to respond to the Motion of the Defendants to Dismiss Plaintiff's Complaint.  In support thereof, they state as follows:

1.  This case was originally filed by the City of Pittsfield in the Circuit Court of Pike County, Illinois and has been removed by the Defendants to this Court.

2.  Pittsfield City Attorney,  Mr. Michael Hollahan originally filed the case for the City.  Mr. Hollahan, while a member of this Court's bar, lacks extensive experience litigating civil matters before this Court and consequently has requested Mr. John Myers to appear as co-counsel to litigate this case on behalf of the City.

3.  Mr. Hollahan saw the need in mid-August, 2013, to engage co-counsel but was unable to accomplish that because the Pittsfield City Council meets only occasionally and the next scheduled meeting of the City Council was September 3, 2013.  Mr. Myers's engagement as co-counsel was approved by the City Council of the City of Pittsfield on September 3, 2013.

4.	Mr. Myers needs to familiarize himself with the facts of this case and further to research the corporate relationship between the two Defendants in this before preparing a response to the Motion to Dismiss.

5.	Mr. Myers believes he can accomplish these tasks in two weeks.

**6.	Counsel for the Defendants, Mr. Pesce, has informed Mr. Myers that he is not opposed to this requested extension of time.**

WHEREFORE, Plaintiff moves the Court for an order giving it a 14-day extension of time, through and including September 18, 2013, in which to respond to the Motion to Dismiss.

Respectfully submitted,

CITY OF PITTSFIELD, ILLINOIS, Plaintiff,


By:   /s/  John M. Myers
	Its Attorney

John M. Myers
Rabin & Myers, PC
1300 South 8th Street
Springfield, IL  62703
Telephone:   217-544-5003
Facsimile:   217-544-5017
jmyers@springfieldlaw.com

Michael J. Hollahan
Hollahan Law Office
109 E. Washington Street
Pittsfield, IL  62363
Telephone:   217-285-5593
Facsimile:   217-285-5539
mike@hollahanlaw.com

CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of September, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Carl J. Pesce
Thompson & Coburn
One US Bank Plaza
St. Louis, MO  63101
cpesce@thompsoncoburn.com

Michael J. Hollahan
Hollahan Law Office
109 E. Washington Street
Pittsfield, IL  62363
Telephone:   217-285-5593
Facsimile:    217-285-5539
mike@hollahanlaw.com


          /s/  John M. Myers